[No. 27947-5-I.   Division One.   May 3, 1993.]

RICHARD MARQUARDT, *as Insurance Commissioner,*
*Appellant*, v. DIVERSIFIED RISK INSURANCE
BROKERS, ET AL, *Defendants*, BAY
DECKING COMPANY, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 88-2-16644-7, Marsha J. Pechman, J., entered February 27, 1991. *Reversed* by unpublished opinion per Grosse, J., concurred in by Webster, C.J., and Baker, J.

[No. 27346-9-I.   Division One.   May 3, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS
EUGENE SCOZZARI, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-1-03456-5, Arthur E. Piehler, J., entered November 16, 1990. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Agid, JJ.

[Nos. 22258-9-I; 22401-8-I.   Division One.   May 3, 1993.]

KEITH MILTON RHINEHART, ET AL, *Appellants*, v.
THE SEATTLE TIMES, ET AL,
*Respondents.*

THE AQUARIAN FOUNDATION, ET AL, *Appellants*, v.
THE SEATTLE TIMES, ET AL,
*Respondents.*

Appeals from a judgment of the Superior Court for King County, No. 86-2-09172-6, Sharon S. Armstrong, J., entered May 11, 1988. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Pekelis, A.C.J., and Baker, J.